HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM CASHEL, an individual,<br><br>        Plaintiff,<br><br>  v.<br><br>GEMALTO, INC., a Delaware corporation; and GEMALTO/SAFENET, INC., a Maryland corporation,<br><br>        Defendants. | Case No. 2:17-cv-01002-TSZ<br><br>**PLAINTIFF'S UNOPPOSED MOTION AND ORDER TO AMEND COMPLAINT** |

### I.    MOTION

Plaintiff William Cashel hereby moves the Court for an Order that Plaintiff may amend his complaint. Counsel for all parties have conferred on this amendment and counsel for Defendants

///
///
///
///

**MOTION AND ORDER TO AMEND COMPLAINT** - PAGE 1
CASE NO. 2:17-cv-01002-TSZ

HKM EMPLOYMENT ATTORNEYS LLP
1607 NE 41ST AVENUE
PORTLAND, OR 97232
503-389-1130

has indicated that Defendants do not oppose the filing of this motion or the amendments to the complaint. The proposed First Amended Complaint is attached as Exhibit A to this Motion and Order.

Respectfully submitted this 22nd day of March, 2018.

**HKM EMPLOYMENT ATTORNEYS LLP**

By: *s/ Shemia Fagan*
Shemia Fagan, WSBA No. 49342
Email: sfagan@hkm.com
1607 NE 41st Avenue
Portland, OR 97232
Telephone: (503) 400-7423
Facsimile: (503) 345-0806

*Attorneys for Plaintiff William Cashel*

## II. ORDER

THIS MATTER having come before the Court on Plaintiff's Unopposed Motion to Amend Complaint, docket no. 13, the Court having reviewed the motion, and being fully advised in the premises now, therefore, it is hereby

ORDERED that Plaintiff's Motion to Amend Complaint is GRANTED. Plaintiff must file and serve his First Amended Complaint within fourteen (14) days of the date of this Order.

DATED this 29th day of March, 2018.

*[signature]*

Thomas S. Zilly
United States District Judge

**MOTION AND ORDER TO AMEND COMPLAINT** - PAGE 2
CASE NO. 2:17-cv-01002-TSZ

HKM EMPLOYMENT ATTORNEYS LLP
1607 NE 41ST AVENUE
PORTLAND, OR 97232
503-389-1130