HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM CASHEL, an individual, | Case No. 2:17-cv-01002-TSZ |
| Plaintiff, | STIPULATED MOTION AND ORDER TO EXTEND PRETRIAL DEADLINES |
| v. | |
| GEMALTO, INC., a Delaware corporation; and GEMALTO/SAFENET, INC., a Maryland corporation, | |
| Defendants. | |

## I. MOTION

Plaintiff William Cashel and Defendants Gemalto, Inc. and Gemalto/Safenet, Inc. hereby stipulate and jointly move the Court to extend the following pre-trial deadlines:

1. Deadline for change in trial date set for February 20, 2018 to July 31, 2018;
2. Deadline to complete discovery currently set for August 13, 2018 to September 21, 2018;
3. Deadline to file dispositive motions currently set for September 13, 2018 to October 5, 2018.

///

**STIPULATED MOTION AND ORDER TO EXTEND PRETRIAL DEADLINES** - PAGE 1
CASE NO. 2:17-cv-01002-TSZ

HKM EMPLOYMENT ATTORNEYS LLP
1607 NE 41ST AVENUE
PORTLAND, OR 97232
503-389-1130

The parties are diligently working through early discovery issues in this case but need additional time to complete discovery and to file any motions on issues that cannot be resolved by the parties. This extension is needed due to plaintiff's limited availability, the fact that plaintiff's counsel was unavailable for the completion of discovery between February 1, 2018 and May 31, 2018 because she was running for office in the State of Oregon, and the unavailability of defendants' counsel due to a family medical procedure. The parties therefore jointly move to extend pretrial deadlines according to the list above.

**DATED:** July 20, 2018.

| | |
|---|---|
| **HKM EMPLOYMENT ATTORNEYS LLP** | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
| By: *s/ Shemia Fagan*<br>Shemia Fagan, WSBA No. 49342<br>Email: sfagan@hkm.com<br>1607 NE 41st Avenue<br>Portland, OR 97232<br>Telephone: (503) 400-7423<br>Facsimile: (503) 345-0806<br><br>*Attorneys for Plaintiff William Cashel* | By: *s/ Adam T. Pankratz*<br>Adam T. Pankratz, WSBA No. 50951<br>Email: adam.pankratz@ogletree.com<br>1201 Third Avenue, Suite 5150<br>Seattle, WA 98101<br>Telephone: (206) 693-7057<br>Facsimile: (206) 693-7058<br><br>*Attorneys for Defendants* |

## II.  ORDER

Having reviewed the Stipulation, IT IS SO ORDERED that the following pretrial deadlines be extended:

1. Deadline to complete discovery currently set for August 13, 2018, to September 14, 2018;

2. Deadline to file dispositive motions currently set for September 13, 2018, to September 27, 2018.

**STIPULATED MOTION AND ORDER TO EXTEND PRETRIAL DEADLINES** - PAGE 2
CASE NO. 2:17-cv-01002-TSZ

HKM EMPLOYMENT ATTORNEYS LLP
1607 NE 41ST AVENUE
PORTLAND, OR 97232
503-389-1130

All other deadlines and requirements imposed by the Court's Minute Order Setting Trial Date and Related Dates, docket no. 11, shall remain unchanged.

DATED this 26th day of July, 2018.

_Thomas S. Zilly_
Thomas S. Zilly
United States District Judge

**STIPULATED MOTION AND ORDER TO EXTEND PRETRIAL DEADLINES** - PAGE 3
CASE NO. 2:17-cv-01002-TSZ

HKM EMPLOYMENT ATTORNEYS LLP
1607 NE 41ST AVENUE
PORTLAND, OR 97232
503-389-1130